Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of _____
_____ Division

SUSAN R. LEFF, AND
ROXANNE P. MARTZ AND on
Behalf of all others
similary situated

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SEE ATTACHED

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SUSAN R LEFF
Street Address: 3606 EL CAMINO CT
City and County: LARGO, Pinellas
State and Zip Code: FL 33771
Telephone Number: 727-278-8888
E-mail Address: SUSANROCHELLELEFF@gmail.com

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
  Name: Doug Collins
  Job or Title (if known): Secretary of Veterans Affairs
  Street Address: 810 Vermont Ave NW
  City and County: Washington DC
  State and Zip Code: 20420
  Telephone Number: 1-800-698-2411
  E-mail Address (if known):

Defendant No. 2
  Name: ELON MUSK
  Job or Title (if known): HEAD of DOGE
  Street Address: 1650-17th ST NW
  City and County: Washington DC
  State and Zip Code: 20006
  Telephone Number: 202 647-4000
  E-mail Address (if known): ERM71@WHO.EOP.gov

Defendant No. 3
  Name: AKASH BOBBA
  Job or Title (if known): DOGE ENGINEER
  Street Address: 1650-17th STREET NW
  City and County: WASHINGTON, DC
  State and Zip Code: 20006
  Telephone Number: 202-647-4000
  E-mail Address (if known):

Defendant No. 4
  Name: EDWARD CORISTINE
  Job or Title (if known): DOGE ENGINEER
  Street Address: 1650-17th STREET NW
  City and County: WASHINGTON, DC
  State and Zip Code: 20006
  Telephone Number: 202-647-4000
  E-mail Address (if known):

Defendant No. ~~1~~ 5
- Name: LUKE FARRITOR
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202-647-4000
- E-mail Address (if known):

Defendant No. ~~2~~ 6
- Name: GAUTIER COLE KILLIAN
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202 647-4000
- E-mail Address (if known):

Defendant No. ~~3~~ 7
- Name: GAVIN KILGER
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202 647-4000
- E-mail Address (if known):

Defendant No. ~~4~~ 8
- Name: ETHAN SHAOTRAN
- Job or Title (if known): DOGE ENGINEER
- Street Address: 1650 - 17th STREET NW
- City and County: WASHINGTON, DC
- State and Zip Code: 20006
- Telephone Number: 202 647 4000
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**PLEASE SEE ATTACHED**

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) **SUSAN R LEFF**, is a citizen of the State of (name) **FLORIDA**.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) **Doug Collins**, is a citizen of the State of (name) **GEORGIA**. Or is a citizen of (foreign nation) _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100, Million Dollars

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

EACH defendants statement of claim is derived from the ongoing and future costs of maintaining a cyba security and personal data monitoring to prevent identity theft caused by this National data Breach.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

please see attached

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/6/2025

Signature of Plaintiff: *Susan R Leff*

Printed Name of Plaintiff: SUSAN R LEFF

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/6/2025

Signature of Plaintiff: *Susan R Leff*

Printed Name of Plaintiff: SUSAN R LEFF

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/6/2025

Signature of Plaintiff: Susa R Leff

Printed Name of Plaintiff: SUSAN R LEFF

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Defendants:
Scott Bessent
Elon Musk
Akash Bobba
Edward Coristine
Luke Farritor
Gautier Cole Killian
Gavin Kliger
Ethan Shaotran

RESPONSE TO:
II A Basis for Jurisdiction:

UNDER the Authorization and instruction of President Trump, the secretary of the Veterans affairs has given illegal and unconstitutional access to our Nations Private server DATA BASE for the UNITED STATES Veterans affairs Department.

Elon Musk and his subordinates have NOT been elected, appointed, or vetted by congress _ or the American People.

This illegal access is a serious and dangerous security breach of our country's Private Data. SUBORDINATES UNDER MUSK have already been charged with stealing and distributing confidential data from other companies.

THE ENTIRE country is being held hostage By their cyber terroristic illegal and unconstitutional behavior and actions. We as citizens are now forced to live on edge and continuously monitor our personal data and information for fear of our privacy being compromised. Therefore, we are seeking punitive and compensatory damages for their ongoing actions.

# IV Relief
## Response.

The illegal and unconstitutional data breach is STILL in progress by Musk and his subordinates. AND, will be ongoing for an indefinite period of time.

EACH Plaintiff should be compensated for any and all fees acquired for maintaining any and all personal data and identity theft monitoring.

As well as, compensatory damages for the pain and suffering endured by the Plaintiffs that were caused by the egregious illegal and unconstitutional actions and behavior of the defendants.

② 

II A- RESPONSE

Under Title V of the E Government Act of 2002, it is a Class E Felony carrying a maximum penalty of five years in prision and a $25,000 - fine for FEDERAL Employees who have taken the OATH of office to "willfully" disclose such information to ANY person or agency NOT entitled to receive it.

Beneath the classified level, Many federal systems also contain whats known as "Controlled Unclassified Information (CUI), which can include financial, law enforcement and privacy related data on Americans. That data is less sensative, but still must be legally protected by federal employees and contractors they HAVE violated the "Privacy Act and Cybersecurity laws."